this association of public and economic power. But it is less if it is recognized." *Id.*, at 393–394.

I think the time has come for us to explore this problem; and the setting of the present case shows how pressing the problem is.

No. 657. KANSAS CITY SOUTHERN RAILWAY CO. *v.* JOHNSTON. Sup. Ct. Okla. Certiorari denied. *Clyde J. Watts* for petitioner. *Payne H. Ratner* for respondent.

No. 664. BALL ET AL. *v.* EASTERN COAL CORP. ET AL. Ct. App. Ky. Certiorari denied. *Jean L. Auxier* for petitioners. *Albert S. Kemper, Jr.,* for Eastern Coal Corp., and *Edward L. Carey, Harrison Combs* and *M. E. Boiarsky* for United Mine Workers of America et al., respondents.

No. 323. BENNETT ET AL. *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Hiram W. Kwan* for petitioners.

No. 394. HALE *v.* TOWN OF VINTON. Sup. Ct. App. Va. Certiorari denied. *Stuart A. Barbour, Jr.,* for petitioner.

No. 588. JACKSON ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *James J. Bierbower* and *Harry A. Inman* for petitioners. *Acting Solicitor General Spritzer, Acting Assistant Attorney General Eardley* and *Alan S. Rosenthal* for the United States.

No. 601. WYOMING ET AL. *v.* UDALL, SECRETARY OF THE INTERIOR, ET AL. C. A. 10th Cir. Certiorari denied. *James E. Barrett,* Attorney General, and *Sterling C. Case,* First Assistant Attorney General, for the State of Wyoming, and *A. G. McClintock* and *James B. Diggs*